IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD TURNER,

    Petitioner,

v.

JEFFREY PUGH, Warden,
Stanley Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-50-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying the petition of Richard Turner for a writ of habeas corpus under 28 U.S.C. § 2254.

_____       6/30/2011
Peter Oppeneer, Clerk of Court      Date